ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Coakley & Williams Construction, Inc. | ) | ASBCA No. 60824 |
| | ) | |
| Under Contract No. N40085-07-D-7023 | ) | |

APPEARANCES FOR THE APPELLANT:  Bennett D. Greenberg, Esq.
Daniel P. Wierzba, Esq.
  Seyfarth Shaw LLP
  Washington, DC

Benjamin A. Hubbard, Esq.
  Outland, Gray, O'Keefe & Hubbard
  Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
David B. Stinson, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $900,000. If the award is not paid within 90 days from the date of this decision, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 starting on the 91st day until date of payment.

Dated: 24 March 2017

MARK N. STEMPLER
Vice Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                              I concur

_____                    _____
JOHN J. THRASHER                              REBA PAGE
Administrative Judge                             Administrative Judge
Chairman                                              Armed Services Board
Armed Services Board                           of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 60824, Appeal of Coakley &
Williams Construction, Inc., rendered in conformance with the Board's Charter.

Dated:


                                    _____
                                    JEFFREY D. GARDIN
                                    Recorder, Armed Services
                                    Board of Contract Appeals

2